PINKSTON *v.* WHITE.

LUMPKIN, P. J. Under the facts disclosed by the record, the trial judge did not err in sustaining the certiorari, it plainly and palpably appearing that the verdict rendered in the justice's court was without any evidence to support it; but inasmuch as the final determination of the case did not necessarily depend upon a controlling question of law, and there were issues of fact involved, the case should have been remanded for a new trial, and therefore the rendition by the superior court of a final

102c 561
102　153
102c 561
106　205
102c 561
f107 788
102c 561
f112　61

judgment in the plaintiff's favor was erroneous. Accordingly, direction is given that the judgment below be set aside, and that in its stead a judgment of the nature herein indicated be entered.

*Judgment reversed, with direction. All the Justices concurring.*

Submitted April 19, — Decided May 21, 1897.

Certiorari. Before Judge Butt. Muscogee superior court. November term, 1895.

*C. J. Thornton* and *A. E. Thornton*, for plaintiff in error.
*W. H. McCrory* and *J. J. Murray*, contra.